| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stephen V. Harrington | SBN: 222064<br>MANNING GROSS + MASSENBURG LLP<br>101 Montgomery Street, Suite 2850, San Francisco, CA 94104 | |
| TELEPHONE NO.: (415) 512-4381  | FAX NO.: (415) 512-6791 | |
| ATTORNEY FOR (Name): Applicant Patrick Dannacher | |

## UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NUMBER: |
|---|---|
| EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER TO TAKE DISCOVERY OF CLOUDFLARE, INC. FOR USE IN A FOREIGN PROCEEDING | 3:24-mc-80066-SK |

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>5000708-0002 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Attached Document List**

| | |
|---|---|
| PARTY SERVED: | **Cloudflare, Inc.** |
| BY LEAVING WITH: | **Dropped Served "John Doe"  - Employee** |
| DATE & TIME OF DELIVERY: | **4/11/2024**<br>**1:00 PM** |
| ADDRESS, CITY, AND STATE: | **101 Townsend Street**<br>**San Francisco, CA 94107** |
| PHYSICAL DESCRIPTION: | **Age: 40's**   **Weight: 175 lbs.**   **Hair: Brown**<br>**Sex: Male**   **Height: 5'9"**   **Eyes: n/a**<br>**Skin: White**   **Marks: n/a** |

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of "John Doe" a person at least 18 years of age apparently in charge at the office or usual place of business of the person served.  I informed him/her of the general nature of the papers.  A declaration of diligence is attached.

Fee for Service: **$**
  County: **San Francisco**
  Registration No.:  **2017-0001009**
  **ASAP LEGAL**
  **1625 Clay Street 4th Floor**
  **Oakland, CA 94612**
  **(510) 785-2300**
  **Ref: 5000708-0002**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **April 12, 2024**

Signature: _____

**Andy Esquer**

**PROOF OF SERVICE**

DefaultProof/SF34029509

**ASAP LEGAL**

1625 Clay Street 4th Floor
Oakland, CA 94612
Phone: (510) 785-2300   Fax: (510) 444-4629

Continued from Proof of Service

| | |
|---|---|
| **CLIENT:** | MANNING GROSS + MASSENBURG |
| **CLIENT FILE #:** | 5000708-0002 |
| **SUBJECT:** | Cloudflare, Inc. |
| **SERVED:** | "John Doe" - Employee |

**DATE:** April 11, 2024

- **PROPOSED ORDER GRANTING APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER TO TAKE DISCOVERY OF CLOUDFLARE, INC. FOR USE IN A FOREIGN PROCEEDING;**

- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;**

- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION (blank);**

- **STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM (Effective July 11, 2019);**

- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

- **ORDER SETTING DEADLINES AND CONSENT;**

- **EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER TO TAKE**

- **DISCOVERY OF CLOUDFLARE, INC. FOR USE IN A FOREIGN PROCEEDING**

**ASAP LEGAL**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Stephen V. Harrington | SBN: 222064 <br> MANNING GROSS + MASSENBURG LLP <br> 101 Montgomery Street, Suite 2850, San Francisco, CA 94104 <br> TELEPHONE NO.: (415) 512-4381 | FAX NO.: (415) 512-6791 <br> ATTORNEY FOR (Name): Applicant Patrick Dannacher | | |

| UNITED STATED DISTRICT COURT <br> FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| IN RE: <br> EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER TO TAKE DISCOVERY OF CLOUDFLARE, INC. FOR USE IN A FOREIGN PROCEEDING | CASE NUMBER: <br> 3:24-mc-80066-SK |
| DECLARATION OF DILIGENCE | Ref. No. or File No.: <br> 5000708-0002 |

I, Andy Esquer, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Cloudflare, Inc. as follows:

Documents:
  See Documents on Attached List

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 4/11/2024 | 1:00 PM | Business | Spoke with "John Doe" - Employee (White male; 40's; 5'9"; 175 lbs.; green eyes; brown hair) who informed they will take the documents. The server informed him we are also serving the agent for service. Refused the documents, the served informed he was leaving the documents. Drop served documents to John Doe. <br> 101 Townsend Street, San Francisco, CA 94107 |

Fee for Service: $
  County: **San Francisco**
  Registration No.: **2017-0001009**
  **ASAP LEGAL**
  **1625 Clay Street 4th Floor**
  **Oakland, CA 94612**
  **(510) 785-2300**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 12, 2024.

Signature: _____

Andy Esquer

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: SF34029509

**ASAP LEGAL**

1625 Clay Street 4th Floor

Oakland, CA 94612

Phone: (510) 785-2300   Fax: (510) 444-4629

Continued from Proof of Service

**CLIENT:** MANNING GROSS + MASSENBURG

**CLIENT FILE #:** 5000708-0002                    **DATE:** April 11, 2024

**SUBJECT:** Cloudflare, Inc.

**SERVED:** "John Doe" - Employee

- PROPOSED ORDER GRANTING APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER TO TAKE DISCOVERY OF CLOUDFLARE, INC. FOR USE IN A FOREIGN PROCEEDING;

- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION (blank);

- STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM (Effective July 11, 2019);

- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

- ORDER SETTING DEADLINES AND CONSENT;

- EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER TO TAKE

- DISCOVERY OF CLOUDFLARE, INC. FOR USE IN A FOREIGN PROCEEDING

**ASAP LEGAL**